KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Justin Garcia

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN JAMES GARCIA,<br><br>Defendant. | No. 19-CR-00012-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING HEARING<br><br>Date: June 20, 2019<br>Time: 9:00 am.<br>Judge: Honorable Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant Justin Garcia that the previously-scheduled sentencing hearing currently set for June 6, 2019, be vacated and that the matter be re-set for sentencing on June 20, 2019 at 9:00 a.m.

The final probation report has been received and there are a few issues that need to be further investigated that may affect the guidelines analysis. Defense counsel, probation and the government have had conferred and there is no objection to a brief continuance.

//

//

1

Formal objections, if any, and a sentencing memorandum will be filed a week prior to sentencing.

Dated: May 31, 2019

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

by: /s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: May 31, 2019

/s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
JUSTIN GARCIA

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's June 6, 2019 criminal calendar and re-calendared for sentencing on June 20, 2019. Formal objections, if any and any sentencing memorandums are to be filed by June 13, 2019.

**IT IS SO ORDERED**.

Dated: June 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE